Ari H. Marcus, Esq.,
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: ari@marcuszelman.com
*Attorney for Plaintiff*
*William Algeo IV Weed*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| **WILLIAM ALGEO IV WEED,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**TRANS UNION, LLC**<br><br>**Defendant.** | **Civil Case Number: 2:24-cv-01600-JCM-NJK** |

## STIPULATION OF DISMISSAL

Plaintiff William Algeo IV Weed and Defendant Trans Union, LLC ("The Parties"), hereby stipulate to the Plaintiff's voluntary dismissal all claims against Defendant **TRANS UNION, LLC** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:            March 25, 2025

| | |
|---|---|
| /s/ Ari H. Marcus | /s/ Sarai Leora Brown |
| Ari H. Marcus, Esq. | Sarai Leora Brown, Esq. |
| PRO HAC VICE | SKANE MILLS LLP |
| Marcus & Zelman, LLC | 1120 N. Town Center Dr. |
| 701 Cookman Avenue, Suite 300 | Suite 200 |
| Asbury Park, NJ 07712 | Las Vegas, NV 89144 |
| Tel: (732)-695-3282 | Tel: (702) 363-2535 |
| Email: ari@marcuszelman.com | Email: sbrown@skanemills.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED.

James C. Mahan
United States District Judge

Dated: March 31, 2025

- 2 -
STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

1  **CERTIFICATE OF SERVICE**

2　　I hereby certify that this document filed on March 25, 2025, through the ECF system will

3  be sent electronically to the registered participants as identified on the Notice of Electronic Filing

4  (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of

5  electronic filing.

6

7

8　　　　　　　　　　　　　　　　　　　　　　／s/ Ari Marcus

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28